**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR A. BETANCOURT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOTAL PROPERTY MANAGEMENT,<br><br>　　　　Defendant. | Case No.: 1:22-cv-0033 JLT EPG<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO PAY THE FILING FEE<br><br>(Docs. 2, 3) |

　　　　Cesar Betancourt seeks to hold Total Property Management liable for violating the Coronavirus Aid, Relief, and Economic Security Act. On January 7, 2022, Plaintiff initiated this action by filing a complaint with a motion to proceed *in forma pauperis*. (Docs. 1, 2.) On January 12, 2022, the assigned magistrate judge found the information provided by Plaintiff with his application indicated Plaintiff could afford to pay the Court's filing fee. (Doc. 4 at 1.) Thus, the magistrate judge recommended Plaintiff's motion to proceed *in forma pauperis* be denied without prejudice, and the Court direct Plaintiff to pay the filing fee for this action. (*Id.* at 2.)

　　　　The Court granted Plaintiff 21 days to file objections to the findings and recommendations. (Doc. 3 at 3.) In addition, the Court informed Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) The deadline to file objections has passed, and no objections were filed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the file, the Court finds the findings and recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations dated January 12, 2022 (Doc. 3) are adopted in full; and
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED** without prejudice.
3. Plaintiff **SHALL** pay the $402.00 filing fee for this action within fourteen days of the date of filing of this order. Failure to timely pay the filing fee will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **February 11, 2022**

UNITED STATES DISTRICT JUDGE

2